# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SYLVESTER O. BARBEE, <br> ADC #131311 | PLAINTIFF |
| V.      4:21CV00161-JM-JTK | |
| LUCRETIA R. JACKSON, et al. | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this Complaint is DISMISSED with prejudice.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE